**\*\* E-filed June 7, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C12-01307 HRL |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | |
| PHILLIP K. DEMARCO; JOANN M. DEMARCO, | |
| Defendants. | |

This is an action for deficiency judgment and declaratory relief arising out of a non-judicial foreclosure. See Dkt. No. 1 ("Complaint"). Defendants filed a Notice of Stay of Proceedings along with a Notice of Bankruptcy Case Filing. Dkt. No. 4. Accordingly, this case is STAYED until further notice. All pending case management deadlines are vacated, including the scheduled June 12, 2012 Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 7, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-01307 HRL Notice will be electronically mailed to:**

Charles Meine, III    fmeine@ch-law.com
Darryl Horowitt       dhorowitt@ch-law.com
David Boone

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**