*E-Filed: April 10, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C12-01307 HRL |
| Plaintiff, | **ORDER SETTING APRIL 28, 2015 STATUS CONFERENCE** |
| v. | |
| PHILLIP K. DEMARCO: et al., | |
| Defendants. | |
| _____/ | |

In April 2012, Defendants filed a notice of stay of proceedings along with notice of bankruptcy case filing. Dkt. No. 4. In June 2012, the Court stayed this action.

A status conference is set for April 28, 2015, at 1:30 p.m. in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. The parties shall submit a status report by April 21, 2015. The status report shall indicate the status of the stay imposed by the United States Bankruptcy Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-01307 HRL Notice will be electronically mailed to:**

Charles Fredrick Meine , III    fmeine@ch-law.com

Darryl J. Horowitt    dhorowitt@ch-law.com, cenglish@ch-law.com

**C12-01307 HRL Notice will be mailed to:**

David A. Boone
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2